ALSOP HOLDING CORPORATION, Appellant, v. PAULINE REISMAN and Others, Respondents. (Appeal No. 1.) — Order reversed · upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Under the facts and circumstances disclosed here, we think the cancellation of the *lis pendens* upon filing an undertaking for $80,000 was an improper exercise of discretion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

ALSOP HOLDING CORPORATION, Respondent, v. PAULINE REISMAN and · Others, Appellants. (Appeal No. 2.) — Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

SALVATORE ARENA, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that the verdict of the jury is against the weight of the evidence. Lazansky, P. J., Young, Hagarty and Tompkins, JJ., concur; Carswell, J., dissents.

CLARENCE BEZUE, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. (Appeal No. 2.) — Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event, unless plaintiff, within ten days from service of a copy of the order herein, stipulate to reduce the verdict to the sum of $50,000; in which event the judgment as so modified and the order are unanimously affirmed, without costs. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

ISABELLA BYRNE, Appellant, v. CHARLES ARNIO, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of the plaintiff for the amount found to be due upon the bonds in suit, with costs. In our opinion there was no proof of any valid extension by the plaintiff of the time for the payment of the bonds and mortgages, by which the defendant, respondent, was released. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

COLLINS FARM CORPORATION, Respondent, v. JACK CONANT and JACK CONANT, Doing Business under the Firm Name and Style of ACME TOP SOIL COMPANY, Appellants.— Order enjoining defendants reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In view of the uncontradicted and unexplained allegations of the answering affidavits on the motion, we think there was an improper exercise of discretion in the granting of the motion by the Special Term. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JOSEPH A. CONDON, Appellant, v. LANNIN REALTY COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.